

CLOSED

*UNITED STATES DISTRICT COURT*
SOUTHERN DISTRICT OF CALIFORNIA

United States of America

v.

Earl Campbell-Damon

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed on or After November 1, 1987)

No. 08-16011-001M-SD

Richard L. Juarez (AFPD)
Attorney for Defendant

USM#: 76559208    DOB: 1970    ICE#: A95 734 544

**THE DEFENDANT ENTERED A PLEA OF** guilty on 8/5/2008 to Count TWO of the Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 18 USC 3 AND TITLE 8 1325 ACCESSORY AFTER THE FACT IN ILLEGAL ENTRY, a Petty offense, as charged in Count TWO of the Complaint.

**IT IS THE JUDGMENT OF THE COURT THAT** the defendant is hereby committed to the custody of the Bureau of Prisons for a term of NINETY (90) DAYS on Count TWO, with credit for time served.

**IT IS FURTHER ORDERED** that all remaining counts are dismissed on motion of the United States.

**CRIMINAL MONETARY PENALTIES**

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:**  $Remitted    **FINE:**  $    **RESTITUTION:**  $

If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate of not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, 880 Front Street, San Diego, California 92101. Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c). The total special assessment of $Remitted shall be paid pursuant to Title 18, United States Code, Section 3013 for Count TWO of the Complaint.

Any unpaid balance shall become a condition of supervision and shall be paid within  prior to the expiration of supervision. Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address. The Court hereby waives the imposition of interest and penalties on any unpaid balances.

**IT IS FURTHER ORDERED** that the Clerk of the Court deliver two certified copies of this *judgment* to the United States Marshal of this district.

The Court orders commitment to the custody of the Bureau of Prisons.
The defendant is remanded to the custody of the United States Marshal.

*08-16011-001M-SD*  *Page 2 of 2*
*USA vs. Earl Campbell-Damon*

**Date of Imposition of Sentence: Tuesday, August 5, 2008**

_____ Date 8/5/2008 _____
JAY R. IRWIN, United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows:_____

Defendant delivered on _____ to _____ at _____, the institution designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.

_____        By:_____
United States Marshal                              Deputy Marshal
08-16011-001M-SD -

UNITED STATES DISTRICT COURT　　　　　　　　　　　　　　　　　MAGISTRATE JUDGE'S MINUTES
SOUTHERN DISTRICT OF CALIFORNIA - Yuma

DATE: __8/5/2008__   CASE NUMBER: __08-16011-001M__-SD

## PLEA/SENTENCING MINUTES
USA vs. __Earl Campbell-Damon__

U.S. MAGISTRATE JUDGE: __JAY R. IRWIN__ Judge #: __70BK__
U.S. Attorney _____  INTERPRETER REQ'D _____
　　　　　　　　　　　　　　　　　　　　　　　　　LANGUAGE: __English__
Attorney for Defendant __Richard L. Juarez (AFPD)__

　　DEFENDANT: ☒ PRESENT　☐ NOT PRESENT　☐ RELEASED　☒ CUSTODY

　　DOA __8/3/08__　　　☒ Complaint Filed　　　☒ Appointment of counsel hearing held
　　☒ Financial Afdvt taken　☐ No Financial Afdvt taken　☐ Financial Afdvt sealed
　　☒ Initial Appearance

**DETENTION HEARING:**　☐ Held ☐ Cont'd ☐ Reset ☐ UA
Set for:　before:
☐ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released (see order setting cond of rel)　☐ Bail set at $_____
☐ Defendant continued detained pending trial　☐ Flight Risk　☐ Danger

**PLEA HEARING:**　☒ Held ☐ Cont'd ☐ Reset
Set for:　before:
☐ Consent to be tried by a Magistrate Judge signed　☐ Class A Misd　☐ Class B Misd　☐ Class C Misd
☐ Consent of Defendant　☐ Information filed _____　☐ Complaint filed _____
☒ Defendant sworn and examined by the Court　☒ Plea of Guilty ☐ Not Guilty ☒ Entered to Counts __TWO__
☐ Defendant states true name to be _____. Further proceedings ORDERED in defendant's true name.
☒ Plea of Guilty entered as to Ct(s) __TWO__ of the ☐ Information ☐ Indictment ☒ Complaint
☒ Court recommends/or accepts defendant's plea and finds plea to be freely and voluntarily given.
☐ Plea agreement: ☐ Lodged ☐ Filed ☐ Sealed
☐ Court does not accept defendant's plea of guilty because _____
☐ PSI ORDERED ☐ EXPEDITED ☒ PSI waived ☐ Time waived for passage of sentence
☐ Continued for sentence to ___ before _____
☒ To be dismissed upon entry of the judgment, Ct(s) __ONE__
☒　　ORDER vacate trial date/motion hearing/mtns moot
☐ ORDER defendant remain released pending sentence　☒ remanded to USM

**SENTENCING:**
☒ Defendant committed to Bureau of Prisons for a period of __90 Days__　☐ Probation/Supervised Release for _____
☒ Special Assessment $ __REMITTED__　☐ Fine $_____　☐ Restitution $_____
Other: _____

　　　　　　　　　　　　　　　　　　　　　　　RECORDED: __CS__
　　　　　　　　　　　　　　　　　　　　　　　BY: Jocelyn M. Arviso, Deputy Clerk

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Damon Earl CAMPBELL
YOB: 1970

United States Citizen

CRIMINAL COMPLAINT

CASE NUMBER: 08-16011M-SD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT I
That on or about August 3, 2008, within the Southern District of California, Defendant(s) Damon Earl CAMPBELL, knowing or in reckless disregard of the fact that certain alien(s), namely, Constantino DIAZ-Martinez and Daniel CASTANEDA-Gonzalez had come to, entered, or remained in the United States in violation of law, did transport or move or attempt to transport or move said alien(s) in furtherance of such violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii)(Felony).

### COUNT II
That on or about August 3, 2008, within the Southern District of California, Defendant(s) Damon Earl CAMPBELL, knowing that alien(s), namely, Constantino DIAZ-Martinez and Daniel CASTANEDA-Gonzalez, were then in the United States in violation of law and that an offense had been committed against the United States, did receive or assist the offender(s) in order to hinder or prevent their apprehension; in violation of Title 18, United States Code, Section 3 and Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof.   ☒ Yes  ☐ No

Signature of Complainant
Cesar Duarte
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

August 5, 2008                                at                     Yuma, Arizona
Date                                                                City and State

Jay R. Irwin, U.S. Magistrate
Name & Title of Judicial Officer                                    Signature of Judicial Officer

## STATEMENT OF FACTUAL BASIS

Defendant: Damon Earl CAMPBELL

**IMMIGRATION HISTORY:** The Defendant is a United States citizen.

**CRIMINAL HISTORY:**

| DATE | LOCATION | OFFENSE | DISPOSITION |
|---|---|---|---|
| 08/14/95 | San Ysidro, CA | Alien Smuggling | 10 Months Jail |
| 01/31/96 | San Diego, CA | 1) Take Veh. w/o Owner Con. | 162 Days Jail |
|  |  | 2) Rec. Known Stolen Prop. | 162 Days Jail |
| 02/09/98 | San Diego, CA | Supervised Release Violation | 11 Months Jail |
| 05/15/03 | San Diego, CA | Possess. Drug Paraphernalia | 120 Days Jail |
| 06/07/04 | San Diego, CA | Take Veh w/o Owner Con. | None Found |
| 04/25/05 | San Diego, CA | 1) Under Inf. Of Control Sub. | None Found |
|  |  | 2) Possess Control Sub. | None Found |
|  |  | 3) Possess Burglary Tools | None Found |
| 09/21/06 | San Diego, CA | Possess Control Sub. | None Found |
| 05/16/07 | San Diego, CA | 1) Take Veh. w/o Owner Con. | None Found |
|  |  | 2) Possess Burglary Tools | None Found |

Narrative: On Sunday August 3, 2008, United States Border Patrol Agents Nicholas Dosman, Ian Hill, Philippe Gorgue and Sergio Lopez, were assigned traffic check duties at the United States Border Patrol Immigration Checkpoint located on California State Route 78 at mile marker 56.6 near Palo Verde, California. At approximately 10:20 p.m., Agent Lopez was working the primary inspection lane when a yellow 2002 Mitsubishi Lancer bearing California License plate 5VBE311 entered that primary inspection lane.

The vehicle had four visible occupants. Agent Lopez identified himself as a United Sates Border Patrol Agent and began to question the occupants as to their immigration status. Agent Lopez asked the driver, later identified as Damon Earl CAMPBELL, to state his citizenship and he replied "United States". While questioning the rest of the vehicle's occupants regarding their citizenship, Border Patrol Agent P. Gorgue and his K9 Kaya were conducting a K9 sniff around the vehicle. Border Patrol Agent Gorgue requested that Agent Lopez send the vehicle to the secondary inspection area.

During secondary inspection, BPA Gorgue requested for everyone to exit the vehicle and provide identification. The other occupants were later identified as Miranda May GALLEGOS-McCune, Constatino DIAZ-Martinez, and Daniel CASTANEDA-Gonzalez. BPA Gorgue questioned both CASTANEDA and DIAZ and determined they were illegally present in the United States. Suspecting an alien smuggling case encounter, all the individuals were placed

under arrest. All four individuals were subsequently transported to the Blythe, California Border Patrol Station for further processing.

During processing both DIAZ and CASTANEDA again freely admitted to being citizens of Mexico and that they were in the United States without being admitted or paroled by an Immigration Officer. DIAZ and CASTENEDA freely admitted that they last entered the United States illegally from Mexico by crossing the international boundary west of the Tecate, California port-of-entry thus evading inspection by an Immigration Officer on or about August 3, 2008 at about 1:00 a.m.

A sworn statement was taken from CASTANEDA and he stated that he made arrangements in Mexico to be smuggled to Los Angeles, California for $2,000.00 dollars. CASTANEDA stated that he and DIAZ were guided across the border and they were told to wait near a tree. He stated that they were told by the foot guide that they would be picked up by some "gringos" in a car. CASTANEDA stated that they rested and waited for about ten hours until they heard a car horn. He stated that they ran for the vehicle that was being driven by CAMPBELL and jumped in the back seat. CASTANEDA stated that at one time CAMPBELL told them to get out of the car and instructed them to walk around a checkpoint. CASTANEDA was either unable or unwilling to give any specific details about which checkpoint they circumvented. CASTANEDA stated that CAMPBELL was the individual that picked him up near the tree and believes that CAMPBELL was taking him to Los Angeles, California.

A sworn statement was also taken from DIAZ and he stated that he made arrangements in Mexico to be smuggled to Los Angeles, for $2,200.00 dollars. DIAZ also admitted that he was guided across the international boundary with CASTANEDA and waited for the vehicle to pick them up. DIAZ stated that he waited for six hours until he was picked up by CAMPBELL in the yellow 2002 Mitsubishi Lancer. DIAZ stated that he waived down the yellow vehicle on a dirt road. DIAZ stated that at one time CAMPBELL instructed CASTANEDA and him to get out of the vehicle and walk around a checkpoint. Just like CASTANEDA, DIAZ was unable or unwilling to give any specific details about which checkpoint they circumvented. DIAZ stated that CAMPBELL was the individual that picked him up near Campo, California and transported him to the Immigration Checkpoint where they arrested.

Charges:   8 USC§1324                (Felony)
           18 USC§3/8 USC 1325       (Misdemeanor)

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,
_____August 5, 2008_____
Date

_____
Signature of Judicial Officer

## IN THE UNITED STATES DISTRICT COURT

### FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, Plaintiff,<br><br>vs.<br><br>(1) Damon Earl CAMPBELL<br>Citizen of the United States<br><br>Defendant(s), | AFFIDAVIT  08-16011M-SD<br><br>FOR DETENTION OF MATERIAL WITNESSES<br><br>Constantino DIAZ-Martinez and Daniel CASTANEDA-Gonzalez<br><br>Citizen of Mexico |

BEFORE __Jay R. Irwin__          __325 W. 19th Street Yuma, Arizona 85364__
         (U.S. Magistrate)              (Address of U. S. Magistrate)

**STATE OF ARIZONA**          )
                              : ss.
**CITY AND COUNTY OF YUMA**   )

I, Cesar Duarte, being duly sworn depose and state:

(1) That I have signed the complaint in the above entitled case and have investigated it and I am familiar with the facts of the case.

(2) That on or about August 3, 2008, within the Southern District of California, Defendant(s) Damon Earl CAMPBELL, knowing or in reckless disregard of the fact that certain alien(s), namely, Constantino DIAZ-Martinez and Daniel CASTANEDA-Gonzalez, had come to, entered, or remained in the United States in violation of law, did transport or move or attempt to transport or move said alien(s) in furtherance of such violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii)(Felony).

(3) That said alien(s) is/are illegally in the United States and that therefore it is wholly impracticable if not impossible to secure his/her/their attendance before the U.S. District Court by subpoena.

(4) That the United States Attorney for the District of Arizona, or one of his assistants acting on his behalf, has requested affiant(s) to secure an order of the Magistrate to hold said person(s) as material witness(s).

WHEREFORE affiant on behalf of the government requests the Magistrate commit him/her/them to the custody of the U.S. Marshal.

_____
Affiant

Senior Patrol Agent
Title

Subscribed and sworn to before me this
5th day of August, 2008.

_____
United States Magistrate

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)
IN THE CASE OF _____ VS. _____ FOR _____ AT _____

**LOCATION NUMBER:** _____

**PERSON REPRESENTED** (Show your full name): Damm Earl Campbell

1. ☐ Defendant – Adult
2. ☐ Defendant – Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify) _____

**CHARGE/OFFENSE** (describe if applicable & check box →) ☐ Felony ☐ Misdemeanor

**DOCKET NUMBERS**
Magistrate: 08-16011M-SD
District Court:
Court of Appeals:

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
- Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed
- Name and address of employer: _____
- IF YES, how much do you earn per month? $ _____
- IF NO, give month and year of last employment. How much did you earn per month? $ _____
- If married is your Spouse employed? ☐ Yes ☐ No
- IF YES, how much does your Spouse earn per month? $ N/A
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ _____ — None

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT $ _____ — None

### OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS:
☐ SINGLE
☐ MARRIED
☐ WIDOWED
☒ SEPARATED OR DIVORCED

Total No. of Dependents: 2

List persons you actually support and your relationship to them:
6 - daughter
7 - son

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| Staying w/ girlfriend | | $ | $ |
| paid expenses as able from odd jobs | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 8-5-08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) _____